# EXHIBIT A

| IP Address | Date/Time (UTC) | ISP |
| --- | --- | --- |
| 24.15.96.229 | 2011-03-31 12:54:27 AM | Comcast Cable Communications |
| 67.162.27.252 | 2011-03-28 07:21:06 AM | Comcast Cable Communications |
| 67.173.52.100 | 2011-03-29 12:53:44 AM | Comcast Cable Communications |
| 67.184.160.136 | 2011-03-29 02:46:48 AM | Comcast Cable Communications |
| 69.47.241.187 | 2011-03-29 02:42:18 AM | WideOpenWest Finance |
| 71.201.62.154 | 2011-03-24 11:03:08 AM | Comcast Cable Communications |
| 71.239.230.114 | 2011-03-28 11:52:43 PM | Comcast Cable Communications |
| 75.34.34.62 | 2011-03-24 03:54:59 AM | AT&T Internet Services |
| 75.34.36.51 | 2011-03-24 06:36:31 AM | AT&T Internet Services |
| 75.34.36.70 | 2011-04-11 07:42:48 PM | AT&T Internet Services |
| 75.34.40.133 | 2011-04-11 05:06:53 PM | AT&T Internet Services |
| 76.29.219.253 | 2011-03-31 02:30:23 PM | Comcast Cable Communications |
| 98.214.247.35 | 2011-03-29 02:28:48 AM | Comcast Cable Communications |
| 98.220.64.145 | 2011-03-23 11:57:19 PM | Comcast Cable Communications |
| 98.223.144.193 | 2011-03-22 03:11:45 AM | Comcast Cable Communications |
| 99.141.240.239 | 2011-03-19 09:12:20 AM | AT&T Internet Services |
| 99.141.244.26 | 2011-03-24 05:03:58 AM | AT&T Internet Services |
| 99.141.250.39 | 2011-03-24 09:21:55 PM | AT&T Internet Services |
| 99.141.251.162 | 2011-03-19 07:17:16 AM | AT&T Internet Services |
| 99.142.3.87 | 2011-03-29 11:06:38 PM | AT&T Internet Services |
| 99.142.6.124 | 2011-03-28 08:48:21 PM | AT&T Internet Services |
| 99.144.193.152 | 2011-03-24 04:14:57 AM | AT&T Internet Services |
| 99.144.252.84 | 2011-03-19 04:30:41 AM | AT&T Internet Services |
| 99.144.254.94 | 2011-03-26 09:28:25 PM | AT&T Internet Services |