# EXHIBIT A

IP Address
24.15.96.229
67.184.160.136
69.47.241.187
71.201.62.154
76.29.219.253
98.220.64.145